**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

IN RE:

| | | |
|---|---|---|
| Joanna Kopec | ) | Case No.: 15-06558 |
| Jason P Kopec | ) | |
| | ) | Chapter: 13 |
| Debtor(s) | ) | Judge Janet S. Baer |

**NOTICE OF DEFAULT AND FAILURE TO COMPLY WITH ORDER**

NOW COMES, Seterus, Inc., as authorized subservicer for Federal National Association ("Fannie Mae"), by its attorneys, Marinosci Law Group, P.C., and hereby gives notice that the Debtor has failed to comply with the Repayment/Default Order entered November 2, 2015 ("Order"). Pursuant to the Order, the Debtor was to cure the post-petition default and was to make monthly post-petition payments in a timely manner. The Debtor has failed to tender the post-petition payments:

| | |
|---|---|
| 1 Payment - July 1, 2016 @ $2,550.46 | = $2,443.39 |
| 10 Payments - August 1, 2016 through May 1, 2017 @ $2,563.33 | = $25,633.30 |
| 17 Payments - June 1, 2017 through October 1, 2018 @ $ 2,384.82 | = $40,541.94 |
| Attorney Fees | = $650.00 |
| Attorney Costs | = $176.00 |
| Less Suspense | = $1,517.72 |
| Total Due | = $67,926.91 |

Pursuant to said Order, Debtor has fourteen (14) days to pay all delinquent amounts owed, plus any amounts accrued during said period. The amount due as of October 25, 2018 is $68,023.28.

DATED: October 25, 2018                   Seterus, Inc.

By: /s/ Diana Carpintero
Marinosci Law Group, P.C.

## CERTIFICATE OF SERVICE

The undersigned certifies that the above instrument was filed electronically with the Court on October 25, 2018, and that he has determined that the following person(s) are registered with the Court for electronic filing, and, therefore, will be sent a copy of the pleading by the Court:

Glenn B Stearns, Chapter 13 Trustee:  mcguckin_m@lisle13.com
David Freydin, Attorney for Debtors: david.freydin@freydinlaw.com
Patrick S Layng, U.S. Trustee: USTPRegion11.ES.ECF@usdoj.gov

    /s/ Diana Carpintero
    Marinosci Law Group, P.C.

## PROOF OF SERVICE

I hereby certify that on October 25, 2018, I deposited a copy of the foregoing in a U.S. Post Office Box, enclosed in an envelope with proper postage pre-paid, and addressed to the following in the manner set forth:

Joanna Kopec
550 W Downer Place
Aurora, IL 60506

Jason P Kopec
550 W Downer Place
Aurora, IL 60506

    /s/ Diana Carpintero
    Marinosci Law Group, P.C.

Marinosci Law Group, P.C.
134 N. LaSalle St., Ste.1900
Chicago, IL 60602
312-940-8580; (f)401-262-2114
ILWIBK@mlg-defaultlaw.com